UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE BAILEY and MICHAEL JETT, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>TYSON FOODS, INC.,<br><br>        Defendant. | Case No. 1:23-CV-01537<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Beth W. Jantz** |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Michelle Bailey and Michael Jett ("**Plaintiffs**"), respectfully move this Court for an order setting forth a deadline for Plaintiffs to file their Motion for Leave to File their First Amended Complaint in this action and holding in abeyance the deadline for Defendant Tyson Foods, Inc. ("**Defendant**") to Answer or otherwise plead to the initial Complaint. In support of this unopposed motion, Plaintiffs state as follows:

1. Plaintiffs filed an action in Illinois State Court, on behalf of themselves and a putative class, alleging that Defendant violated the Illinois Genetic Information Protection Act by unlawfully inquiring about their family medical history in connection with employment related health assessments.

2. Plaintiffs initially filed the action in the Circuit Court of Cook County, Illinois, but on March 13, 2023, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3. In a minute entry on March 22, 2023, the Court granted Defendant's unopposed motion to extend its time to Answer or otherwise respond to the complaint to today, April 19, 2023.

4. During the intervening time, Plaintiffs and Defendant have met and conferred several times, during which they: (a) exchanged information regarding the nature of the events giving rise to this action; and (b) discussed the issue of the proper entity(ies) named/to be named as defendant(s) in this action.

5. Based on the information provided by Defendant, along with additional information collected since the filing of this action, Plaintiffs intend to move this Court for Leave to file their First Amended Complaint. In the First Amended Complaint, Plaintiffs intend to add additional entities as defendants, and to provide more fulsome allegations regarding the relevant actions taken by the parties. To accomplish this, Plaintiffs require additional time to prepare their First Amended Complaint and their Motion for Leave to Amend.

6. Plaintiffs' counsel has met and conferred with Defendant's counsel, and Defendant's counsel has stated that Defendant does not oppose Plaintiffs' request for additional time to file their Motion for Leave to Amend, so long as the Court holds in abeyance Defendant's requirement to answer or otherwise plead to the initial Complaint (currently due on April 19, 2023).

7. Therefore, Plaintiffs request that the Court enter an order setting a deadline for Plaintiffs to file their Motion for Leave to Amend the Complaint to May 3, 2023, and holding in abeyance the time for Defendant to Answer or otherwise respond to the initial Complaint, until such initial Complaint is mooted by the filing of the First Amended Complaint (or, should the Court deny Plaintiffs' Motion for Leave, until fourteen (14) days after the entry of an order denying Plaintiffs' Motion for Leave to File their First Amended Complaint).

8. Plaintiffs do not bring this motion for purposes of undue burden or delay. This is Plaintiffs' first motion seeking leave to file an Amended Complaint.

WHEREFORE, Plaintiffs Michelle Bailey and Michael Jett respectfully request that this Court grant its Motion for Extension of Time and enter an order in the form attached hereto.

Dated: April 19, 2023

Respectfully submitted,

*/s/Kyle McLean*
Elizabeth Brehm, Esq. (ebrehm@sirillp.com)
Kyle McLean, Esq. (kmclean@sirillp.com)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
212-532-1091

Edward A. Wallace (eaw@wallacemiller.com)
Mark R. Miller (mrm@wallacemiller.com)
Molly C. Wells (mcw@wallacemiller.com)
WALLACE MILLER
150 N. Wacker Drive, Suite 1100
Chicago, Illinois 60606
(312) 261-6193

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing **Plaintiffs' Unopposed Motion for Extension of Time** via the Court's electronic filing system on the 19th day of April, 2023, on:

> Chad W. Moeller (cmoeller@nge.com)
> Jason C. Kim (jkim@nge.com)
> Alissa J. Griffin (agriffin@nge.com)
> Kathleen E. Okon (kokon@nge.com)
> NEAL, GERBER & EISENBERG LLP
> 2 N. LaSalle St. Suite 1700
> Chicago, IL 60602
> Phone: (312) 269-8000

By: */s/ Kyle McLean*
One of Plaintiffs' Attorneys