## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michelle Bailey, et al.

                      Plaintiff,

v.                                                     Case No.: 1:23–cv–01537
                                                           Honorable Franklin U. Valderrama

Tyson Foods, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: On 05/03/2023, Plaintiffs filed a motion for leave to file their First Amended Complaint, anticipating that Defendant would oppose the motion. R. 18. However, the parties have submitted their joint initial status report, informing the Court in part that the Defendants named in the amended complaintTyson Foods, Inc., Tyson Fresh Meats, Inc. and AdvancePierre Foods, Inc."do not oppose Plaintiffs' Motion for Leave[.]" R. 20 at 1. Therefore, Plaintiffs' motion for leave to file their First Amended Complaint [18] is granted. Plaintiffs shall file their First Amended Complaint as a separate entry on the docket by 06/07/2023. Further, the parties' joint request &qu;ot;that this Court set a responsive pleading date for all three (3) defendants of July 17, 2023" is granted. Id. (emphasis in original). The three Defendants named in the First Amended Complaint shall answer or otherwise plead to the First Amended Complaint on or before 07/17/2023. The Court refers discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters to Magistrate Judge Beth Jantz. See R. 20 at 1, 5 (jointly requesting that the "Court hold off on entering discovery and trial schedules pending the outcome of Defendants' impending Motion to Dismiss" and "instead direct the parties to propose a discovery schedule either within fourteen (14) days after a decision denying the Motion to Dismiss, or on November 30, 2023, whichever occurs first."). Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.