IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE BAILEY and MICHAEL JETT, individually and on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>ADVANCEPIERRE FOODS, INC., TYSON FRESH MEATS, INC., and TYSON FOODS, INC.,<br><br>**Defendants.** | Case No. 23-cv-01537 |

## AGREED MOTION TO STAY DISCOVERY

The parties, by and through their respective undersigned counsel, jointly move this Court for the entry of an Order staying discovery pending the Court's ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Dismiss"). In support of this Agreed Motion, the parties state as follows:

1. On January 27, 2023, Plaintiffs filed their Original Complaint in the Circuit Court of Cook County, Illinois. Defendants removed the case to this Court on March 13, 2023 [Dkt. 1].

2. On June 5, 2023, this Court entered an Order, at the parties' request, directing the parties to submit a proposed discovery schedule "either within 14 days of the District Court's decision denying [Defendants'] forthcoming motion to dismiss, or on 11/30/23, whichever occurs first." [Dkt. 23].

3. On June 7, 2023, Plaintiffs filed their First Amended Complaint. [Dkt. 24]. Defendants filed their Motion to Dismiss, currently pending before this Court, on July 18, 2023 [Dkt. 25]. The Motion to Dismiss seeks to dispose of Plaintiffs' action in its entirety, which

Defendants could not have predicted on June 5, 2023, prior to Plaintiffs' filing of their First Amended Complaint.

4. In light of the pending Motion to Dismiss, the granting of which may dispose of this action in its entirety, the parties agree that it is best for the Court to stay all discovery until at least fourteen (14) days following the Court's ruling on the Motion to Dismiss.

5. Should this Court grant the Motion to Dismiss, the issues for discovery will be moot or significantly narrowed. A stay will allow the parties to avoid incurring substantial costs and, correspondingly, will conserve judicial resources insofar as the Court may otherwise be required to address any discovery disputes that may arise before a ruling on the Motion to Dismiss is issued.

6. The stay of discovery is appropriate where, as here, a dispositive motion addresses the legal sufficiency of the claims on which discovery is sought. *E.g.*, *DSM Desotech, Inc. v. 3D Sys. Corp.*, 2008 U.S. Dist. LEXIS 87473, at *5 (N.D. Ill. Oct. 28, 2008). Stays under these circumstances not only promote the "just, speedy and inexpensive determination of every action," *Sprague v. Brook*, 149 F.R.D. 575, 578 (N.D. lll. 1993), but also "avoid the costs of discovery related to legally deficient claims," *Triad Assocs. v. Chicago Hous. Auth.*, 1991 U.S. Dist. LEXIS 10204, at *2 (N.D. Ill. July 24, 1991).

7. This is the parties' first request to stay discovery. The requested stay is not for purposes of delay or other improper purpose and will not prejudice these proceedings.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court grant their Agreed Motion to Stay Discovery and enter an Order: (1) staying discovery, and (2) extending the deadline for the parties to submit an agreed proposed discovery schedule until at least fourteen (14) days after the Court rules on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

-3-

| | |
|---|---|
| **MICHELLE BAILEY and MICHAEL JETT, individually and on behalf of themselves and all others similarly situated** | **ADVANCEPIERRE FOODS, INC., TYSON FRESH MEATS, INC., and TYSON FOODS, INC.** |

By: */s/ Kyle McLean*

Edward A. Wallace (eaw@wallacemiller.com)
Mark R. Miller (mrm@wallacemiller.com)
Molly C. Wells (mcw@wallacemiller.com)
WALLACE MILLER
150 N. Wacker Drive, Suite 1100
Chicago, Illinois 60606
Phone: (312) 261-6193

-and-

Elizabeth E. Brehm (ebrehm@sirillp.com)
Kyle McLean (kmclean@sirillp.com)
SIRI & GLIMSTAD LLP
745 Fifth Ave., Suite 500
New York, New York 10151
Phone: (212) 532-1091

Dated: November 30, 2023

By: */s/ Chad W. Moeller*

Chad W. Moeller (cmoeller@nge.com)
Jason C. Kim (jkim@nge.com)
Alissa J. Griffin (agriffin@nge.com)
Kathleen E. Okon (kokon@nge.com)
NEAL, GERBER & EISENBERG LLP
Two N. LaSalle St., Suite 1700
Chicago, Illinois 60602
Phone: (312) 269-8000

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 30, 2023, he caused the foregoing **Agreed Motion to Stay Discovery** to be served on all parties pursuant to the Court's electronic filing system.

By: <i>/s/ Chad W. Moeller</i><br>One of Defendants' Attorneys

35852568.3