# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE BAILEY and MICHAEL JETT, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FOODS, INC.,<br><br>Defendants. | Case No. 1:23-cv-01537 |

## MOTION BY PLAINTIFFS TO WITHDRAW APPEARANCE OF ATTORNEY KYLE D. MCLEAN

Plaintiffs Michelle Bailey and Michael Jett ("**Plaintiffs**"), individually and on behalf of all others similarly situated, by and through undersigned counsel, respectfully submit this Motion to withdraw attorney Kyle D. McLean as Attorney of Record for Plaintiff.

In support of their motion, Plaintiffs state as follows:

1. At all times relevant to this action Plaintiffs have been represented by Siri & Glimstad LLP ("**S&G**") and, following this motion, will still be represented by S&G.

2. Attorney Kyle McLean was associated with S&G when he first appeared on behalf of Plaintiff in this case.

3. Effective May 7, 2025, Mr. McLean is no longer associated with S&G.

4. Plaintiffs elected to continue being represented by S&G.

5. Mr. McLean has not participated in this matter since his departure.

6. S&G requested that Mr. McLean execute notices of withdrawal, but he has not responded to multiple communications from S&G.

7. Plaintiffs, having chosen S&G to be their counsel moving forward, do not object to the withdrawal of Mr. McLean.

8. Plaintiffs will remain represented in this case by S&G attorney Kent Williams and attorneys Ed Wallace, Mark Miller, and Molly Wells of the law firm Wallace & Miller, all of whom have appeared in this case and are Attorneys of Record on behalf of Plaintiffs.

9. Because Plaintiffs shall remain represented during and after these attorney changes, no delay or prejudice will result from this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting leave to withdraw the appearance of attorney Kyle D. McLean and directing the Clerk to remove Mr. McLean from the docket and electronic service list.

Dated: June 3, 2025  Respectfully submitted,

*/s/ Kent M. Williams*
Kent M. Williams
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
T. 212-532-1091
E. kent.williams@sirillp.com

Edward A. Wallace
Mark R. Miller
WALLACE MILLER
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T. (312) 261-6193
E. eaw@wallacemiller.com
mrm@wallacemiller.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 3, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Kent M. Williams*